IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Violation/Case No. 2|2974910

UNITED STATES OF AMERICA,

   Plaintiff,

v.

Sherry Booker,

   Defendant.

*Court appoints Kent Gray*

---

## NOTICE OF FUTURE COURT DATE

TO THE ABOVE NAMED DEFENDANT:

You are hereby advised that a further court hearing has been set in this case for the following:

___ Initial Appearance    _X_ Arraignment    ___ Sentencing    ___ Status

___ Administrative Review    ___ Show Proof    ___ Other (_____)

The location, date and time set for the hearing is:

_X_ 212 N. Wahsatch, Suite 101    ___ 901 19th Street, Rm. A-105    ___ 1929 Stout St.
Colorado Springs, CO 80903              Denver, CO 80294                Denver, CO 80294

Appearance date: 9/7/11 , at 10am

**You are advised that your attendance on this date is mandatory. Failure to appear may lead to a warrant for your arrest and possible finding of contempt of court.**

                         Greg Langham, Clerk

                         By: _NLC_
                              Deputy Clerk

---

I hereby acknowledge that I have received a copy of this Notice:

Dated: 8-17-11         Name: Sherry Booker
                                   (Please Print)
                             Address: 74 Regency Blvd Apt L

Phone: 719 778-0956               Pueblo, Co 81005
Revised 3/17/09