IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Violation/Case No. 2975500-2974910

UNITED STATES OF AMERICA,

Plaintiff,

v.

Sherry Booker,

Defendant.

## NOTICE OF FUTURE COURT DATE

TO THE ABOVE NAMED DEFENDANT:

You are hereby advised that a further court hearing has been set in this case for the following: **cont.**

___Initial Appearance   ___Arraignment   ___Sentencing   ___Status

___Administrative Review   ___Show Proof   ___Other (_____)

The location, date and time set for the hearing is:

**X** 212 N. Wahsatch, Suite 101   ___901 19th Street, Rm. A-105   ___1929 Stout St.
Colorado Springs, CO 80903   Denver, CO 80294   Denver, CO 80294

Appearance date: 11/16/11, at 10am

**You are advised that your attendance on this date is mandatory. Failure to appear may lead to a warrant for your arrest and possible finding of contempt of court.**

Greg Langham, Clerk

By: NLC
Deputy Clerk

I hereby acknowledge that I have received a copy of this Notice:

Dated: 9-21-11   Name: Sherry Booker (Please Print)
Address: 74 Regency Blvd Apt L
Pueblo, Co 81005

Phone: 719 778-0956
Revised 3/17/09