IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Violation/Case No. 2974910 - 2975550

UNITED STATES OF AMERICA,

Plaintiff,

v.

Sherry Booker,

Defendant.

## NOTICE OF FUTURE COURT DATE

TO THE ABOVE NAMED DEFENDANT:

You are hereby advised that a further court hearing has been set in this case for the following:

___Initial Appearance   ___Arraignment   ___Sentencing   ___Status

___Administrative Review   ___Show Proof   ___Other (_____)

The location, date and time set for the hearing is:

___212 N. Wahsatch, Suite 101   ___901 19th Street, Rm. A-105   ___1929 Stout St.
   Colorado Springs, CO 80903      Denver, CO 80294              Denver, CO 80294

Appearance date: 01/04/2012, at 10:00am

**You are advised that your attendance on this date is mandatory. Failure to appear may lead to a warrant for your arrest and possible finding of contempt of court.**

Greg Langham, Clerk

By: NLC
Deputy Clerk

I hereby acknowledge that I have received a copy of this Notice:

Dated: 11/16/11   Name: Sherry Booker
                        (Please Print)
                  Address: 74 Regency Blvd Apt. 1
                           Pueblo CO 81005

Phone: 719 778-0956

Revised 3/17/09